UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RAMSEY,

                Plaintiff,

                                      Case No.  12-10192

vs.

                                      HON.  GEORGE CARAM STEEH

SAS GLOBAL CORPORATION,

                Defendant.

_____/

ORDER REGARDING DEPOSITION OF KEITH FLYNN, ESQ.

On August1, 2012, the deposition of plaintiff's former attorney, Mr. Keith F. Flynn, was scheduled for 10:00 a.m.  At 10:50 a.m., the court was contacted by defendant's counsel, Mr. Stanley Pitts, along with Mr. Flynn's counsel, Mr. Richard G. Mack, Jr., seeking direction from the court in light of plaintiff's and/or his current counsel's non-appearance at the scheduled deposition.

The court was informed that plaintiff's counsel is well aware of the scheduled deposition given multiple communications with defense counsel and Mr. Flynn's counsel.  Plaintiff's counsel is aware of the subpoena duces tecum and that the subject matter of the deposition included what authority, if any, was given to Mr. Flynn to accept the offer of judgment tendered, whether that authority was ever withdrawn, and whether any evidence memorializing the authority, or withdraw of same, exists.  Plaintiff's new counsel has voiced no objection to the deposition nor has he sought to restrict the

testimony to be elicited.  Accordingly, the court directed the parties to proceed with the deposition as scheduled.

It is so ordered.

Dated:  August 2, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 2, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---