UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RAMSEY,

        Plaintiff,

v.

                                  Case No. 12-CV-10192
                                HON. GEORGE CARAM STEEH

SAS GLOBAL CORP.,

        Defendant.
_____

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE (#19) AND GRANTING DEFENDANT'S MOTION FOR ENFORCEMENT OF ACCEPTED OFFER OF JUDGMENT AND ENTRY OF JUDGMENT (#14)

On January 17, 2012, plaintiff filed an amended complaint alleging discrimination, retaliation, and interference with rights under various federal and state laws. On June 18, 2012, defendant sent an offer of judgment to plaintiff. On June 28, 2012, plaintiff's attorney Keith Flynn sent defendant's counsel an email stating:

> Per our earlier conversation today, the parties agreed that an email would constitute written notice as required under FRCP 68. Accordingly, Plaintiff accepts Defendant's offer of $175,000 in its June 18, 2012 offer of judgment. Also, as discussed earlier, any settlement is contingent on the other terms in the agreement to be negotiated by the parties after July 4th.

On July 12, 2012, attorneys Haytham Faraj and Nemer Hadous filed notices of appearance as counsel for plaintiff. On July 16, 2012, defendant filed a motion for enforcement of accepted offer of judgment and entry of judgment. On August 1, 2012, plaintiff filed a motion to strike the affidavit attached to his response to defendant's motion. Both the motion to strike and the motion to enforce accepted offer of judgment are fully briefed. The court heard oral argument on these motions on September 27, 2012. For the reasons set

forth on the record, defendant's motion to enforce accepted offer of judgment is GRANTED and plaintiff's motion to strike is DENIED. At the September 27, 2012 hearing, counsel for defendant moved for attorneys fees and costs incurred in enforcing the accepted offer of judgment. For the reasons set forth on the record, defendant's request is DENIED without prejudice.

    SO ORDERED.

Dated: September 27, 2012

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk