UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RAMSEY,

    Plaintiff,

vs.                                        Case No. 2:12-cv-10192

SAS GLOBAL CORPORATION,         Hon. George Caram Steeh

    Defendant.
_____/

Haytham Faraj (P72581)
THE LAW OFFICES OF HAYTHAM FARAJ, PLLC
835 Mason Street, Ste. 150-A
Dearborn, MI 48124
(P) 313-436-1980
(F) 202-280-1039
HAYTHAM@FARAJLAW.COM

Nemer N. Hadous [AZ:027529/CA: 264431]
HADOUSCO, PLLC
835 Mason Street, Ste. 150-A
Dearborn, MI 48124
(P) 313-450-4670
(F) 888-450-0687
NHADOUS@HADOUSCO.COM

Richard G. Mack, Jr. (P58657)
Keith D. Flynn (P74192)
MILLER COHEN, P.L.C.
600 W. Lafayette, 4th Floor
Detroit, MI 48226
(313) 964-4454
kflynn@millercohen.com

Attorneys for Plaintiff

William D. Sargent (P38143)
Stanley H. Pitts (P33519)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Defendant
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(P) 313-465-7516
(F) 313-465-7517
spits@honigman.com

_____/

## JUDGMENT IN FAVOR OF PLAINTIFF STEVEN RAMSEY AND AGAINST DEFENDANT SAS GLOBAL CORPORATION

This matter having come before the Court on Defendant SAS Global Corporation's Motion for Enforcement of Accepted Offer of Judgment to Steven Ramsey and Entry of

11130558.1

Judgment, and the Court having reviewed the pleadings of the parties and being fully advised in the premises;

IT IS ORDERED that a judgment shall be, and is hereby entered, in favor of Plaintiff Steven Ramsey and against Defendant SAS Global Corporation in the sum of One Hundred Seventy-Five Thousand Dollars and Zero Cents ($175,000.00), in full satisfaction, inclusive of costs which have accrued, and inclusive of any and all attorneys' fees incurred, or which may be incurred, by any party in this litigation, except for Defendant's request for fees and costs incurred in enforcing the accepted offers of judgment which this Court retains jurisdiction to address.

IT IS SO ORDERED.

Dated: September 28, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 28, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk