UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RAMSEY,

        Plaintiff,

vs.                                                                                    Case No. 2:12-cv-10192

SAS GLOBAL CORPORATION,                                 Hon. George Caram Steeh

        Defendant.
_____/

| | |
|---|---|
| Haytham Faraj (P72581)<br>THE LAW OFFICES OF HAYTHAM FARAJ, PLLC<br>835 Mason Street, Ste. 150-A<br>Dearborn, MI 48124<br>(P) 313-436-1980<br>(F) 202-280-1039<br>HAYTHAM@FARAJLAW.COM<br><br>Nemer N. Hadous [AZ:027529/CA: 264431]<br>HADOUSCO, PLLC<br>835 Mason Street, Ste. 150-A<br>Dearborn, MI 48124<br>(P) 313-450-4670<br>(F) 888-450-0687<br>NHADOUS@HADOUSCO.COM<br><br>Richard G. Mack, Jr. (P58657)<br>Keith D. Flynn (P74192)<br>MILLER COHEN, P.L.C.<br>600 W. Lafayette, 4th Floor<br>Detroit, MI 48226<br>(313) 964-4454<br>kflynn@millercohen.com<br><br>Attorneys for Plaintiff | William D. Sargent (P38143)<br>Stanley H. Pitts (P33519)<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Attorneys for Defendant<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(P) 313-465-7516<br>(F) 313-465-7517<br>spits@honigman.com |

_____/

### JUDGMENT IN FAVOR OF PLAINTIFF STEVEN RAMSEY
### AND AGAINST DEFENDANT SAS GLOBAL CORPORATION

      This matter having come before the Court on Defendant SAS Global Corporation's Motion for Enforcement of Accepted Offer of Judgment to Steven Ramsey and Entry of

11130558.1

Judgment, and the Court having reviewed the pleadings of the parties and being fully advised in the premises;

IT IS ORDERED that a judgment shall be, and is hereby entered, in favor of Plaintiff Steven Ramsey and against Defendant SAS Global Corporation in the sum of One Hundred Seventy-Five Thousand Dollars and Zero Cents ($175,000.00), in full satisfaction, inclusive of costs which have accrued, and inclusive of any and all attorneys' fees incurred, or which may be incurred, by any party in this litigation, except for Defendant's request for fees and costs incurred in enforcing the accepted offers of judgment which this Court retains jurisdiction to address.

IT IS SO ORDERED.

Dated: September 28, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 28, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk