UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN RAMSEY,

        Plaintiff,

vs.

SAS GLOBAL CORP.,

        Defendant.
_____/

Case No. 12-10192

HON. GEORGE CARAM STEEH

ORDER DENYING PLAINTIFF'S MOTION FOR POST-JUDGMENT
RELIEF: CHARACTERIZATION OF SETTLEMENT FUNDS [DOC. 28]

      This matter has come before the court on plaintiff Steven Ramsey's motion for post-judgment relief: characterization of settlement funds. The court heard oral argument by the parties on March 25, 2013. Now, therefore, for the reasons stated on the record,

      IT IS HEREBY ORDERED that plaintiff's motion to re-characterize the settlement funds is DENIED.

      The court is constrained to deny the motion given the failure of the parties to agree to apportion the settlement between economic and non-economic loss damages, and because the court did not preside over a trial in this matter where it might have been in a position to assess the proportionate value of the claims. The court does recognize that civil rights claims, such as the claims involved in this case, commonly result in a significant award of non-economic loss damages for the plaintiff.

It is so ordered.

Dated: March 26, 2013

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 26, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---